UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Ohio Taekwondo Association,**

 Plaintiff,

-V-            Case No. 2:05-cv-0230
               JUDGE SMITH
               Magistrate Judge King

**United States Olympic Committee,
et al.,**

 Defendants.

## ORDER

After due consideration, the Court **DENIES** plaintiff's motion for reconsideration of the Court's April 14, 2005 order denying plaintiff's motion for a temporary restraining order or preliminary injunction (Doc. 25).

 The Clerk shall remove Doc. 25 from the Court's pending CJRA motions list.

  IT IS SO ORDERED.

            /s/ George C. Smith
            **GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**