UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Ohio Taekwondo Association,**

    **Plaintiff,**

-V-            Case No. 2:05-230
         JUDGE SMITH
         Magistrate Judge King

**United States Olympic Committee,** *et al.***,**

    **Defendants.**

### CONDITIONAL DISMISSAL

This case was reported settled by the parties on June 5, 2006, and a Settlement Agreement has been executed by the parties. In light of this Court's ruling on the Motions to Enforce the Settlement Agreement (Doc. 42), the Court **CONDITIONALLY DISMISSES** this case, subject to motion to reopen filed within thirty days after the date of this order if all of the terms and conditions of the settlement have not been fulfilled.

The Clerk shall remove this case from the Court's pending cases and motions lists.

    **IT IS SO ORDERED.**

                       /s/ George C. Smith
                       **GEORGE C. SMITH, JUDGE**
                       **UNITED STATES DISTRICT COURT**